## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY KEITH HAZLIP, TDCJ #1794439, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-0607 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons set out in this court's Memorandum and Order entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on September 27, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge